IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| Gil Contreras-Rodriguez, | : |  |
|---|---|---|
|  | : |  |
| Petitioner(s), | : |  |
|  | : | Case Number: 1:18cv389 |
| vs. | : |  |
|  | : | Judge Susan J. Dlott |
| Jeff Sessions, et al., | : |  |
|  | : |  |
| Respondent(s). | : |  |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz filed on July 19, 2018 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 14, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED for lack of prosecution since the petitioner failed to comply with the Court's Order of June 15, 2018.

IT IS SO ORDERED.

   s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court